Keith M. Tackett, Patterson & Sheridan, L.L.P., of Houston, TX, argued for appellant. Of counsel on the brief was B. Todd Patterson.

Robert J. McManus, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Arlington, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley, Associate Solicitor.

MAYER, PROST, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Cynthia E. Kernick, Reed Smith LLP, of Pittsburgh, PA, argued for plaintiff-appellee. With her on the brief were James C. Martin, Kevin S. Katona, and Richard T. Ting.

Steven G. Hill, Hill, Kertscher & Wharton, LLP, of Atlanta, GA, argued for defendant-appellant. With him on the brief was Joseph F. Cleveland, Jr., Brackett & Ellis, P.C., of Fort Worth, TX.

Before MICHEL, Chief Judge, NEWMAN, and DYK, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**HIGHMARK, INC., Plaintiff–Appellee,**

v.

**ALLCARE HEALTH MANAGEMENT SYSTEMS, INC., Defendant–Appellant.**

No. 2009–1065.

United States Court of Appeals, Federal Circuit.

July 13, 2009.

Charles G. MORGAN, Petitioner,

v.

**DEPARTMENT OF ENERGY, Respondent.**

No. 2008–3306.

United States Court of Appeals, Federal Circuit.

July 22, 2009.